Nancy Anne Mansfield, Plaintiff-Appellee, v. Darrell L. Mansfield, Defendant-Appellant.

Gen. No. 10,379.

Third District.

February 19, 1962.

Wiseman & Hallett, of Alton, for appellant; L. K. Hubbard, of White Hall, for appellee. Opinion by JUDGE CARROLL. Not to be published in full.